```
 1  WILLIAM M. CROSBY (SBN: 49357)
    BARNES, CROSBY, FITZGERALD & ZEMAN LLP
 2  18101 Von Karman Ave., Suite 120
    Irvine, CA  92612
 3  Telephone:  (949) 852-1100
    Facsimile:  (949) 852-1501
 4
    DEBORAH PERNICE KNEFEL  (SBN: 114189)
 5  333 City Boulevard West, 17th Floor
    Orange, CA 92868
 6  Telephone:  (714) 937-2035

 7  Attorneys for Plaintiff
    STACY GRIFFITH
 8
```

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STACY GRIFFITH, | CASE NO. SACV10-1212 CJC (MLGx) |
|---|---|
| Plaintiff, | (PROPOSED) ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION |
| v. | |
| MUELLER SYSTEMS; DOES I through X, inclusive, | |
| Defendants. | |

ORDER

IT IS SO ORDERED that this action shall be dismissed in its entirety, with prejudice.

Dated: July 28, 2011     By: _____
                              United States District Judge

---

1

(PROPOSED) ORDER RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION